No. 11,509.

FLEMING v. BREITNER.

Decided January 10, 1927.

Action to set aside judgment. Bill dismissed.

*Affirmed.*

1. JUDGMENT—*Fraud.* An action to set aside a judgment of a justice of the peace on the ground that it was procured by fraud, held properly dismissed, no fraud appearing from the evidence.

*Error to the District Court of the City and County of Denver, Hon. Henley A. Calvert, Judge.*

Mr. HARRY C. GREEN, for plaintiff in error.

No appearance for defendant in error.

*En banc.*

MR. JUSTICE DENISON delivered the opinion of the court.

FLEMING brought an action against Breitner to set aside a judgment of a justice of the peace, in unlawful detainer, ousting him from the possession of a rooming house. His bill was dismissed and he brings error.

The ground of his action was that the justice judgment was procured by fraud, but his evidence shows no fraud

in procuring the judgment (he was served and appeared), but only in procuring a certain chattel mortgage which figured in the detainer case. It need not be said that the district court could not set aside a judgment on such ground.

The judgment is affirmed.

MR. CHIEF JUSTICE ALLEN not participating.